IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. CAVE and PAMELA L. SMITH, on behalf of themselves and all others similarly situated<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC. and OCWEN LOAN SERVICING, LLC | CIVIL ACTION<br><br>NO. 12-5366 |

## ORDER

**AND NOW,** this 9th day of May, 2013, upon consideration of Saxon Mortgage Services, Inc.'s Motion to Dismiss (Docket No. 11), and all documents filed in connection therewith, and after a hearing on the Motion on April 10, 2013, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.