IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA and SCOTT CAVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 11-4586 |
| WILLIAM D. CAVE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>Defendant. | Civ. A. No. 12-5366 |

## ORDER

**AND NOW**, this 19th day of October, 2015, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Exclude Expert Report, Opinions, and Testimony of Saxon Mortgage Services, Inc.'s Expert, Marsha J. Courchane, Ph.D. (Civ. A. No. 11-4586 Docket Entry 113; Civ. A. No. 12-5366 Docket Entry 107) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. As to the Denied Class proposed to be certified in Civ. A. No. 11-4586, and the Pennsylvania Class proposed to be certified in Civ. A. No. 12-5366, the Motion is

        **GRANTED** as to Paragraphs 13, 15-17, 19-1-19-8, 21, 43-50, 53, 55, 58, and 97-98.

    b.    As to the Credit Reporting Class and Foreclosure Class proposed to be certified in Civ. A. Nos. 11-4586 and 12-5366, the Motion is **GRANTED** as to Paragraphs 13, 15- 17, 19-1, 19-2, 19-3, 19-4, 19-8, 43, 44, and 97-98.

    c.    As to the "Multistate Class" proposed to be certified in Civ. A. No. 12-5366, the Motion is **GRANTED** as to Paragraphs 19-1, 19-5, 19-6, 19-7, 21, 47-50, 53, 55, and 58.

    d.    The Motion is **DENIED** in all other respects.

2.    Plaintiffs' Motion to Seal (Civ. A. No. 11-4586 Docket Entry 109; Civ. A. No. 12-5366 Docket Entry 103) is **GRANTED.**

3.    Plaintiffs' Motion to Seal (Civ. A. No. 11-4586 Docket Entry 112; Civ. A. No. 12-5366 Docket Entry 106) is **GRANTED.**

4.    Plaintiffs' Motion for Leave to File Reply (Civ. A. No. 11-4586 Docket Entry 155; Civ. A. No. 12-5366 Docket Entry 151) is **GRANTED.**

5.    Defendant's Motion to Strike Ayers Errata (Civ. A. No. 11-4586 Docket Entry 127; Civ. A. No. 12-5366 Docket Entry 122) is **DENIED**.

        BY THE COURT:

        /s/John R. Padova
        _____
        John R. Padova, J.