IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA and SCOTT CAVE, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.                                                   Civ. A. No. 11-4586

SAXON MORTGAGE SERVICES, INC.,

Defendant.

WILLIAM D. CAVE, on behalf of himself and
all others similarly situated,

Plaintiffs,

v.

SAXON MORTGAGE SERVICES, INC.,                       Civ. A. No. 12-5366

Defendant.

**ORDER**

**AND NOW**, this 3rd day of March, 2016, upon consideration of Defendant Saxon

Mortgage Services, Inc.'s Motion for Reconsideration (Civ. A. No. 11-4586, Docket Entry 165;

Civ. A. 12-5366, Docket Entry 161) and all responses thereto, **IT IS HEREBY ORDERED** that

the Motion is **GRANTED IN PART AND DENIED IN PART**.

The Motion is **GRANTED** as to that portion of the Court's Memorandum Opinion and

Order dated October 19, 2015 (Civ. A. No. 11-4586, Docket Entries 158, 159; Civ. A. No. 12-

5366, Docket Entries 154, 155) applicable to the Class sought to be certified in Civ. A. No. 12-

5366 (<u>Cave II</u>).  The portion of the Court's Opinion and Order related to the Class sought to be certified in Civ. A. No. 12-5366 is **VACATED**.

The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.